# United States Court of Appeals
# for the Fifth Circuit

————————

No. 23-10957

————————

United States Court of Appeals
Fifth Circuit

**FILED**

March 21, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Michael Webb,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC Nos. 4:23-CV-934, 4:19-CR-196-1

_____

Before Haynes, Willett, and Duncan, *Circuit Judges*.

Per Curiam:[*]

A jury convicted Michael Webb, federal prisoner #58831-177, of kidnapping, and he is serving a life sentence. In August 2021, we affirmed Webb's conviction. In June 2023, Webb filed two documents entitled "Motion for Evidentiary Rule/Corpus Delicti," challenging the validity of his kidnapping conviction based on the voluntariness of his confession and on his assertion that the Government failed to present evidence

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

corroborating his confession. The district court dismissed those motions, and Webb has now filed a motion for a certificate of appealability (COA) to appeal that dismissal.

Because Webb is not seeking to appeal the final order in a 28 U.S.C. § 2255 proceeding, his motion for a COA is DENIED as unnecessary. *See* 28 U.S.C. § 2253(c)(1)(B). Furthermore, Webb's motions were "meaningless, unauthorized motion[s]" with no statutory or legal basis. *United States v. Early*, 27 F.3d 140, 142 (5th Cir. 1994). Accordingly, the district court's orders dismissing Webb's motions are AFFIRMED on that basis. *See id.* We decline to consider Webb's challenges to the validity of his conviction that were not presented in the motions that he has sought to appeal. *See United States v. Scruggs*, 691 F.3d 660, 666 (5th Cir. 2012). Webb's motion for an evidentiary hearing is DENIED.